Annika K. Martin (*pro hac vice forthcoming*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500

Mark P. Chalos (*pro hac vice forthcoming*)
Betsy A. Sugar (*pro hac vice forthcoming*)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000

Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN**
**& BERNSTEIN, LLP**
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, a minor, and JANE DOE 3, a minor,<br><br>        Plaintiff,<br><br>    v.<br><br>X.AI CORP. and X.AI LLC,<br><br>        Defendants. | Case No. 5:26-cv-2246<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

| | |
|---|---|
| JANE DOE, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   v.<br><br>X.AI CORP. and X.AI LLC,<br><br>                Defendants. | Case No. 5:26-cv-00772 |

Pursuant to Civil Local Rule 3-12, Jane Does 1–3 ("Plaintiffs"), respectfully request that the Court designate the putative class action titled *Doe 1 et al. v. x.AI Corp. et al.*, No. 5:26-cv-2246 (N.D. Cal.) (the "Minor Class Action") as related to the above-captioned action, *Doe v. x.AI Corp. et al.*, No 5:26-cv-00772-PCP (N.D. Cal.) (the "Adult Class Action").

## PROCEDURAL BACKGROUND

On January 23, 2026, adult plaintiff Jane Doe commenced a proposed class action against Defendants x.AI Corp. and x.AI, LLC ("xAI"). *See* Adult Class Action, Dkt. 1. The case was assigned to the Honorable P. Casey Pitts. *See* Adult Class Action, Dkt. 5. On March 16, 2026, Plaintiffs filed a putative class action against the xAI defendants. *See* Minor Class Action Dkt. 1. The case has not yet been assigned to a district judge.

## LEGAL STANDARD

"An action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." N.D. Cal. Civ. L.R. 3-12(a).

## DISCUSSION

Both the Minor Class Action and the Adult Class Action concern substantially the same parties, properties, and events. Both actions have named the same xAI defendants. Likewise, each action alleges that xAI knowingly released Grok with the ability to create nonconsensual sexualized images of real people—either adults or children—through generative artificial intelligence. *See, e.g.,* Minor Class Action Dkt. 1 at ¶ 3; Adult Class Action Dkt. 1 at ¶¶ 35–38. Further, each action alleges that xAI failed to implement industry-standard guardrails to prevent such output and rather explicitly promoted and profited from Grok's ability to do so. *See, e.g.,* Minor Class Action Dkt. 1 at ¶¶ 43–57; Adult Class Action Dkt. 1 at ¶¶ 32–33. The Minor Class Action Plaintiffs and Jane Doe of the Adult Class Action all had real images of themselves altered by Grok into nonconsensual sexual images. *See, e.g.,* Minor Class Action Dkt. 1 at ¶ 3; Adult Class Action Dkt. 1 at ¶¶ 73–87. As a result, Grok caused and continues to cause severe distress for the Minor Class Action Plaintiffs, Jane Doe of the Adult Class Action, and the putative Classes. *See, e.g.,* Minor Class Action Dkt. 1 at ¶ 3; Adult Class Action Dkt. 1 at ¶ 5. Finally, based on these same underlying events and

3454582.1                            - 1 -                            ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NO. 5:26-CV-2246

1 transactions, both actions assert many of the same causes of action against xAI, including (1) strict liability – design defect, (2) negligence, (3) infliction of emotional distress, (4) violation of California's Unfair Competition Law, (5) violation of California's Statutory Right of Publicity, and (6) public nuisance.

Relating the Minor Class Action to the Adult Class Action, and assigning both actions to Judge Pitts, will promote judicial economy as it will ensure that one Court alone handles the overlapping issues raised in the complaints and that substantially overlapping cases do not proceed independently and risk inconsistent results.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court relate the Minor Class Action to the Adult Class Action pursuant to Local Rule 3-12.

Dated:  March 16, 2026                    Respectfully submitted,


By: */s/ Vanessa Baehr-Jones*
    Vanessa Baehr-Jones

Annika K. Martin (*pro hac vice forthcoming*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  212.355.9500

Mark P. Chalos (*pro hac vice forthcoming*)
Betsy A. Sugar (*pro hac vice forthcoming*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone:  615.313.9000

Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  (415) 956-1000

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Attorneys for Plaintiffs and the Proposed Class*