**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, a minor, and JANE DOE 3, a minor,<br><br>              Plaintiff,<br><br>        v.<br><br>X.AI CORP. and X.AI LLC,<br><br>              Defendants. | Case No. 5:26-cv-2246-PCP<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION FOR EXTENSION TO SERVE SUMMONS AND COMPLAINT** |

3516658.1

Before the Court is an administrative motion for an extension of time to serve the summons and complaint. Having considered the papers submitted in support, and in opposition, if any, and for good cause shown, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that Plaintiffs' time to serve the summons and complaint on Defendants is extended to ten (10) days after issuance of the summons in this matter.

**IT IS SO ORDERED.**

Dated: June 17, 2026

_____
Hon. P. Casey Pitts
United States District Court Judge