Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone:  212.355.9500

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone:  615.313.9000

Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP**
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone:  415.956.1000

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone:  510.500.9634

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, et al., <br><br> Plaintiffs, <br><br> v. <br><br> X.AI CORP. et al., <br><br> Defendant. | **PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** <br><br> Case No. 5:26-cv-2246-PCP |

Pursuant to Civil L.R. 3-15(a)(3), the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report. Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no individual or entity whose citizenship is attributed to the party submitting this certification.

Dated:  July 7, 2026                    Respectfully submitted,

                                        By:  */s/ Annika K. Martin*
                                            Annika K. Martin

                                        Annika K. Martin (*pro hac vice*)
                                        **LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP**
                                        akmartin@lchb.com
                                        250 Hudson Street, 8th Floor
                                        New York, NY 10013-1413
                                        Telephone:  212.355.9500

                                        Mark P. Chalos (*pro hac vice*)
                                        Betsy A. Sugar (*pro hac vice*)
                                        **LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP**
                                        mchalos@lchb.com
                                        bsugar@lchb.com
                                        222 2nd Ave. S., Suite 1640
                                        Nashville, TN 37201
                                        Telephone:  615.313.9000

                                        Michelle A. Lamy (SBN 308174)
                                        **LIEFF CABRASER HEIMANN
                                        & BERNSTEIN, LLP**
                                        mlamy@lchb.com
                                        275 Battery Street, 29th Floor
                                        San Francisco, CA 94111
                                        Telephone:  415.956.1000

                                        Vanessa Baehr-Jones (SBN 281715)
                                        **BAEHR-JONES LAW PC**
                                        vanessa@advocatesforsurvivors.com
                                        4200 Park Boulevard, No. 413
                                        Oakland, CA 94602
                                        Telephone:  510.500.9634

                                        *Attorneys for Plaintiffs and the Proposed Class*

3525766.1

PLAINTIFFS' CERTIFICATION OF CONFLICTS AND
INTERESTED ENTITIES
CASE NO. 5:26-CV-2246