UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE 1, et al.,

Plaintiffs,

v.

X.AI CORP., et al.,

Defendants.

Case No.  26-cv-02246-PCP

**ORDER GRANTING ADMINISTRATIVE MOTION TO PROCEED UNDER PSEUDONYM**

Re: Dkt. Nos. 4, 22, 27

Plaintiffs Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4, and Jane Doe 5 move to proceed pseudonymously to protect their identities from future disclosure. Dkt. No. 27. All three plaintiffs allege that defendant X.AI Corp. and X.AI LLC's artificial intelligence generative tool Grok Imagine (Grok) was used to generate child sexual abuse material from plaintiffs' pre-existing photographs of them as minors. After filing their complaint, the Court related the case to *Doe v. X.AI Corp.*, ECF No. 5:26-cv-00772. Dkt. No. 16. On July 30, 2026, the Court denied the defendants' motion in *Doe v. X.AI*, 26-cv-00772, to compel one of the plaintiffs there to proceed non-pseudonymously and to reconsider its order granting pseudonymity. *See Doe v. X.AI Corp.*, ECF No. 5:26-cv-00772, Dkt. Nos. 4, 58.

Plaintiffs here establish risks of harm similar to those addressed in *Doe v. X.AI*, including the risk that their images will be used to create future sexualized images. Further, unlike the plaintiffs in *Doe*, the plaintiffs here are minors, which further weighs in favor of pseudonymity. For the reasons set forth in *Doe v. X.AI*, ECF No. 5:26-cv-00772, Dkt. Nos. 4, 58, as well as because the instant case involves CSAM specifically, the Court grants plaintiffs' motion to proceed pseudonymously.

United States District Court
Northern District of California

**IT IS SO ORDERED.**

Dated: August 3, 2026

P. Casey Pitts
United States District Judge