**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DOE 1, et al., | Case No. 5:26-cv-2446-PCP |
| Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, AS MODIFIED** |
| v. | |
| X.AI CORP., et al., | |
| Defendants. | |

Before the Court is an administrative motion for a continuance of the initial Case Management Conference ("CMC"). Having considered the papers submitted in support, and in opposition, if any, and for good cause shown, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that the initial CMC currently scheduled for August 13, 2026 is continued to October 15, 2026.

**IT IS SO ORDERED.**

Dated: _____August 7_____, 2026

_____
Hon. P. Casey Pitts

[PROPOSED] ORDER GRANTING
ADMIN. MOTION TO CONTINUE INITIAL CMC