Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (pro hac to be filed)
akaufman@girardsharp.com
Muriel Kenfield-Kelleher (pro hac to be filed)
mkelleher@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Micha Star Liberty (SBN 215687)
micha@libertylaw.com
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Phone: 510–645–1000

Margaret E. Mabie (pro hac to be filed)
Margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (315) 296- 9046

*Counsel for Plaintiff in the Proposed Related Case Jane Doe 1 v. X.AI Corp et al., No. 5:26-cv-09016*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JANE DOE 1, et al.

Plaintiff,

v.

X.AI CORP., et al.

Defendants.

Case No. 5:26-cv-2246-PCP

**NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Pursuant to Civil Local Rule 3-12(b), Plaintiff Jane Doe 1 hereby gives notice that on August 27, 2026, an Administrative Motion to Consider Whether Cases Should be Related was filed in the lower-numbered case—*Jane Doe 1, et al v. X.AI Corp., et al*, No. 5:26-cv-00772-PCP (N.D. Cal.)—seeking an order relating this action to that action. A copy of the Motion, the supporting Declaration of Adam E. Polk, and the Proposed Order are attached hereto as Exhibit A.

Dated: August 27, 2026

Respectfully submitted,

By: */s Adam E. Polk*

Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (pro hac to be filed)
akaufman@girardsharp.com
Muriel Kenfield-Kelleher (pro hac to be filed)
mkelleher@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Micha Star Liberty (SBN 215687)
micha@libertylaw.com
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Phone: 510–645–1000

Margaret E. Mabie (pro hac to be filed)
Margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (315) 296- 9046

*Counsel for Plaintiff in the Proposed Related Case Jane Doe 1 v. X.AI Corp et al., No. 5:26-cv-09016*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2026, I served the foregoing document on all counsel on record through the Court's CM/ECF filing system.

By: */s Adam E. Polk*
Adam E. Polk