Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, et al.<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-2246-PCP<br><br>**DECLARATION OF ANNIKA K. MARTIN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |

I, Annika K. Martin, declare:

1. I am a partner at the law firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB") and counsel to Plaintiffs in the above-captioned action. I am a member in good standing of the State Bar of New York, and am admitted *pro hac vice* before this Court. Dkt. 17. I respectfully submit this Declaration in Support of Plaintiffs' Reply in Support of Motion for Appointment of Interim Co-Lead Class Counsel. I have personal knowledge of the facts stated in this Declaration. If called as a witness, I could and would testify competently to them.

2. Following the widespread reporting of xAI's model, Grok, creating sexualized deepfakes in the beginning of 2026, Lieff Cabraser began investigating potential claims. Lieff Cabraser first published an investigation and claims intake page on their website for sexualized deepfakes created by Grok on January 16, 2026.

3. Prior to filing, Lieff Cabraser conducted extensive research into generative AI and the current legal landscape regarding "morphed" CSAM and how that law would apply to the novel technology at issue, including asserting claims under Masha's Law and TVPA claims.

4. Counsel is currently working with Defendants to develop a proposed protective order to allow for the reveal of Plaintiffs' real name to Defendants while maintaining strict protections on the use and sharing of Plaintiffs' names and personally identifying information.

5. Counsel at Goldberg, Goldberg & Maloney ("Goldberg") had reached out to Lieff Cabraser prior to filing the Goldberg Action, and after arms-length discussions, agreed to cooperate with Lieff Cabraser. Goldberg has further indicated to Lieff Cabraser their support for Plaintiffs' Motion.

6. After filing the motion for appointment of interim co-lead counsel, counsel for Lieff Cabraser and Beasley Allen met and conferred with counsel from Berger Montague PC ("Berger Montague") and Girard Sharp LLP's ("Girard Sharp") regarding a coordinated leadership structure across the four overlapping class actions.

7. Lieff Cabraser and Beasley Allen offered two different proposed coordinated leadership structures to Berger Montague and Girard Sharp, which the latter two firms rejected.

8. At Intervenors' request, Lieff Cabraser sought and received a stipulated extension to the time to respond to Plaintiffs' Motion to allow for additional time for the four firms to continue discussing

potential coordinated leadership.

9. Despite continued efforts, the firms did not come to an agreed-upon structure.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York, this 22 day of September, 2026.

Respectfully submitted,

By: */s/ Annika K. Martin*
Annika K. Martin