Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac* to be filed)
akaufman@girardsharp.com
Muriel Kenfield-Kelleher (*pro hac* to be filed)
mkelleher@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800

Micha Star Liberty (SBN 215687)
micha@libertylaw.com
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Phone: 510–645–1000

Margaret E. Mabie (*pro hac* to be filed)
Margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (315) 296- 9046

*Attorneys for Plaintiffs and the Proposed Classes in Jane Doe 1 v. x.AI Corp., et al., No. 5:26-cv-09016-PCP*

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JANE DOE 1, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-2246-PCP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF HEARINGS ON MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL AND MOTIONS TO INTERVENE** |

Pursuant to Federal Rule of Civil Procedure 42, Plaintiffs in the above-captioned case ("*Doe II*") and counsel for plaintiffs in the related cases of *Jane Doe 1, et al., v. x.AI Corp., et al.*, No. 5:26-cv-00772-PCP (N.D. Cal.) ("*Doe I*"), *Jane Doe 1, et al., v. x.AI Corp., et al.*, No. 3:2026-cv-08567-PCP (N.D. Cal.) ("*Doe III*"), *Jane Doe 1 v. x.AI Corp., et al.*, No. 5:26-cv-09016-PCP (N.D. Cal.) ("*Doe IV*") and Defendants x.AI Corporation, x.AI LLC, and x.AI Holdings LLC (together, "xAI") and Defendants Stability AI U.S. Services Corporation and Stability AI, Inc. (together, "Stability" and together with xAI, "Defendants") stipulate to the continuance of the hearings on the Motion for Appointment as Interim Co-Lead Class Counsel, Dkt. 41 ("Leadership Motion") and the Motions to Intervene for the Limited Purpose of Responding to Plaintiffs' Motion for Appointment as Interim Co-Lead Class Counsel, Dkts. 53, 54 ("Intervention Motions") currently scheduled for October 1, 2026 to October 15, 2026 or such other date as is convenient for the Court.

WHEREAS, four related proposed class actions—*Doe I*, *Doe II*, *Doe III*, and *Doe IV*—have been filed on behalf of plaintiffs alleging that xAI's Grok produced and/or distributed identifiable, sexualized content based on or using their images.

WHEREAS, on August 24, 2026, counsel for Plaintiffs in *Doe II* and *Doe III* filed the Leadership Motion. *See* Dkt. 41.

WHEREAS, the Leadership Motion is currently scheduled for a hearing before this Court on October 1, 2026 at 10:00 a.m.

WHEREAS, on September 15, 2026, plaintiffs for *Doe I* and *Doe IV* filed their respective Intervention Motions. *See* Dkts. 53, 54.

WHEREAS, both Intervention Motions are currently scheduled to be heard by the Court on October 1, 2026 at 10 a.m. *See* Dkt. 64.

WHEREAS, on September 22, 2026, counsel for *Doe II* and *Doe III* filed their reply in support of the Leadership Motion, which expressed non-opposition to limited intervention by plaintiffs in *Doe I* and *Doe IV*. Dkt. 60 at 7 fn.1.

WHEREAS, counsel for *Doe I* and *Doe IV* have irreconcilable conflicts that will not allow them to attend the hearing on the Leadership Motion and Intervention Motions on October 1, 2026 at 10:00 a.m.

WHEREAS, the Parties and plaintiffs in the related case of *Doe I*, *Doe III*, and *Doe IV*, by and through their respective counsel, have conferred and agree that:

- The hearing on the Leadership Motion currently scheduled for October 1, 2026 at 10:00 a.m. shall be continued to October 15, 2026 or such other date and time as is convenient for the Court; and
- The hearings on the Intervention Motions currently scheduled for October 1, 2026 at 10:00 a.m. shall be rescheduled to October 15, 2026 or such other date and time as is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: September 28, 2026

Respectfully submitted,

By: *<u>/s/ Dena C. Sharp</u>*

Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (*pro hac* to be filed)
akaufman@girardsharp.com
Muriel Kenfield-Kelleher (*pro hac* to be filed)
mkelleher@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Micha Star Liberty (SBN 215687)
micha@libertylaw.com
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Phone: 510–645–1000

Margaret E. Mabie (*pro hac* to be filed)
Margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (315) 296- 9046

*Counsel for Plaintiff in Jane Doe 1 v. X.AI Corp et al., No. 5:26-cv-09016-PCP (N.D. Cal.)*

Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Facsimile: 615.313.9965

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:26-cv-02246-PCP (N.D. Cal.)*

Yaman Salahi (SBN 288752)
yaman@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
**SALAHI PC**
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Telephone: 415.236.2305

W. Daniel "Dee" Miles, III (pro hac vice forthcoming)
Alison D. Hawthorne (pro hac vice forthcoming)
Paul W. Evans (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,PORTIS & MILES, P.C.**
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
218 Commerce Street
Montgomery, AL 36104
Telephone: 334.269.2343
Facsimile: 334.954.7555

Paul Byrd (*pro hac vice*)
**PAUL BYRD LAW FIRM, PLLC**
Paul@paulbyrdlawfirm.com
415 N. McKinley St., Suite
210 Little Rock, AR 72205
Telephone: 501.420.3050
Facsimile: 501.420.3128

Aaron Cash (*pro hac vice*)
**HERRERA LAW GROUP**
Cash@herreralawnwa.com
1821 S. 8th Street Rogers, AR 72756

Telephone: 479.770.5292
Facsimile: 479.770.6042

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 3:2026-cv-08567-PCP (N.D. Cal.)*

Sophia M. Rios, SBN 305801
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com

E. Michelle Drake (*pro hac vice*)
James Hannaway (*pro hac vice*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (202) 559-9740
emdrake@bergermontague.com
jhannaway@bergermontague.com

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:26-cv-00772-PCP (N.D. Cal.)*

COVINGTON & BURLING LLP
Isaac D. Chaput, SBN 326923
Cecilia M. Bobbitt, SBN 345472
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
Telephone: + 1 (415) 591-6000
ichaput@cov.com
cbobbitt@cov.com

Emily J. Henn, SBN 269482
3000 El Camino Real
5 Palo Alto Square
Palo Alto, California 94306-2112
Telephone: + 1 (650) 632-4700
ehenn@cov.com

*Attorneys for Defendants Stability AI, Inc. and Stability AI U.S. Services Corporation, Case No. 5:26-cv-2246-PCP*

Adrian Sawyer (State Bar No. 203712)
**SAWYER & LABAR LLP**
1700 Montgomery Street, Suite 108
San Francisco, California 94111
Telephone: 415.262.3820
sawyer@sawyerlabar.com

Joel Kurtzberg (pro hac vice pending)
Ivan Torres (pro hac vice pending)
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
Telephone: 212.701.3120
jkurtzberg@cahill.com
itorres@cahill.com

*Counsel for Defendants SpaceXAI Corp.(f/k/a X.AI Corp.), SpaceXAI LLC(f/k/a X.AI LLC), and SpaceXAI Holdings LLC (f/k/a X.AI Holdings LLC*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _________________, 2026

_______________________________

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Dena C. Sharp, hereby certify that on September 28, 2026, I served the foregoing document on all counsel on record through the Court's CM/ECF filing system.

*/s/ Dena C. Sharp*
Dena C. Sharp