**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>XAI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-2246-PCP<br><br>**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION FOR LEAVE TO FILE JOINT SUR-REPLY TO MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL** |

## ~~[PROPOSED]~~ ORDER

Before the Court is an administrative motion (the "Motion"), filed by plaintiffs in the proposed class actions titled *Jane Doe 1 v. X.AI Corp et al.*, No. 5:26-cv-00772-PCP (N.D. Cal.); *Jane Doe 1 v. X.AI Corp et al.*, No. 5:26-cv-2246-PCP (N.D. Cal.); *Jane Doe 1 v. X.AI Corp et al.*, No. 3:26-cv-08567-PCP; and *Jane Doe 1 v. X.AI Corp et al.*, No. 5:26-cv-09016-PCP (N.D. Cal.) (together, "Plaintiffs"). Having considered the papers submitted in support, and in opposition, if any, and for good cause shown, the Court ORDERS as follows:

1. The Motion is GRANTED; and

2. Plaintiffs in the above cases shall be permitted to file the joint sur-reply brief in response to the Motion for Appointment of Interim Co-Lead Class Counsel (*Jane Doe 1 v. X.AI Corp et al.*, ECF No. 41, No. 5:26-cv-2246-PCP (N.D. Cal. Aug. 24, 2026) currently pending before the Court, attached as Exhibit A to the Declaration of Annika K. Martin, within two business days of the entry of this Order.

**IT IS SO ORDERED.**

Date: October 9, 2026

HON. P. CASEY PITTS
UNITED STATES DISTRICT JUDGE