UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al.<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.<br><br>Defendants | Civil Case No.: 5:25-cv-02246-PCP<br><br>**[PROPOSED] ORDER GRANTING STABILITY'S PARTIALLY UNOPPOSED MOTION TO SEVER BASED ON IMPROPER JOINDER OF DEFENDANTS (Fed. R. Civ. P. 20, 21)** |

Before the Court is Stability's Motion to Sever Based on Improper Joinder of Defendants. Having considered the papers submitted in support and in opposition, and for good cause shown, the Court ORDERS as follows:

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court **SEVERS** all claims asserted against Stability AI U.S. Servs. Corp. and Stability AI, Inc. ("Stability") from those asserted against X.AI Corp., X.AI LLC, and X.AI Holdings LLC. The Clerk of Court is **ORDERED** to open a new action for Plaintiffs' claims against Stability. Jane Doe 1, Jane Doe 2, and Jane Doe 3 are **ORDERED** to file a new complaint, solely against Stability, in the new action within 15 days of the action being opened.

**IT IS SO ORDERED.**

Dated: ____________, 2026

___________________________________

Hon. P. Casey Pitts
UNITED STATES DISTRICT JUDGE