Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Facsimile: 615.313.9965

*Attorneys for Plaintiffs and the Proposed Classes*

*[Additional counsel listed on signature page]*

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JANE DOE 1, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

X.AI CORP., et al,

Defendants.

Case No. 5:26-cv-2246-PCP

**NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS**

| | |
|---|---|
| JANE DOE, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP., et al.,<br><br>Defendants. | Case No. 5:26-cv-772-PCP |
| JANE DOE 1, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-08567-PCP |
| JANE DOE 1, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-09016-PCP |
| JANE DOE 1, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>X.AI CORP. et al.,<br><br>Defendants. | Case No. 5:26-cv-09617-PCP |

Under Civil Local Rule 7-7(e), Plaintiffs respectfully withdraw the Motion to Consolidate Actions. *Jane Doe 1, et al. v. X.AI Corp et al.*, No. 5:26-cv-2246-PCP (N.D. Cal.) Dkt. 74. The motion is mooted by the Stipulation with Proposed Order to Sever Stability and Coordinate and Consolidate as to xAI. *Id.* at 104.

Dated: October 23, 2026

Respectfully submitted,

Annika K. Martin (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
akmartin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

Elizabeth J. Cabraser (SBN 83151)
Michelle A. Lamy (SBN 308174)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
ecabraser@lchb.com
mlamy@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000

Mark P. Chalos (*pro hac vice*)
Betsy A. Sugar (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
mchalos@lchb.com
bsugar@lchb.com
222 2nd Ave. S., Suite 1640
Nashville, TN 37201
Telephone: 615.313.9000
Facsimile: 615.313.9965

Vanessa Baehr-Jones (SBN 281715)
**BAEHR-JONES LAW PC**
vanessa@advocatesforsurvivors.com
4200 Park Boulevard, No. 413
Oakland, CA 94602
Telephone: 510.500.9634

*Attorneys for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:26-cv-*

*02246-PCP (N.D. Cal.) and the Proposed Classes*

Adam E. Polk (SBN 273000)
Dena C. Sharp (SBN 245869)
Sarah R. London (SBN 267083)
Andrew R. Kaufman (*pro hac* to be filed)
Muriel Kenfield-Kelleher (*pro hac* to be filed)
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Tel: (415) 981-4800
dsharp@girardsharp.com
apolk@girardsharp.com
slondon@girardsharp.com
akaufman@girardsharp.com

Margaret E. Mabie (*pro hac* to be filed)
**MARSH LAW FIRM**
31 Hudson Yards, 11th Floor
New York, NY 10001
Tel: (315) 296-9046
Margaretmabie@marsh.law

Micha Star Liberty (SBN 215687)
**LIBERTY LAW**
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Tel: (510) 645-1000
micha@libertylaw.com

*Attorneys for Plaintiff in Jane Doe 1 v. X.AI Corp et al., No. 5:26-cv-09016-PCP (N.D. Cal.) and the Proposed Class*

Sophia M. Rios, SBN 305801
**BERGER MONTAGUE PC**
8241 La Mesa Blvd., Suite A
La Mesa, CA 91942
Tel: (619) 489-0300
srios@bergermontague.com
E. Michelle Drake (pro hac vice)
James Hannaway (pro hac vice)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (202) 559-9740
emdrake@bergermontague.com
jhannaway@bergermontague.com

Counsel for Plaintiffs in *Jane Doe 1, et al. v. X.AI Corp et al.*, Case No. 5:26-cv-00772-PCP (N.D. Cal.)

W. Daniel "Dee" Miles, III (pro hac vice forthcoming) Alison D. Hawthorne (pro hac vice forthcoming)
Paul W. Evans (pro hac vice)
**BEASLEY, ALLEN, CROW, METHVIN,PORTIS & MILES, P.C.**
Dee.Miles@BeasleyAllen.com
Alison.Hawthorne@BeasleyAllen.com
Paul.Evans@BeasleyAllen.com
218 Commerce Street
Montgomery, AL 36104
Telephone: 334.269.2343
Facsimile: 334.954.7555

**SALAHI PC**
Yaman Salahi (SBN 288752)
**SALAHI PC**
yaman@salahilaw.com
Taylor Applegate (SBN 357742)
taylora@salahilaw.com
Nicole Cabañez (SBN 365099)
nicolec@salahilaw.com
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Telephone: 415.236.2305

Paul Byrd (pro hac vice)
**PAUL BYRD LAW FIRM, PLLC**
Paul@paulbyrdlawfirm.com
415 N. McKinley St., Suite
210 Little Rock, AR 72205
Telephone: 501.420.3050
Facsimile: 501.420.3128

Aaron Cash (pro hac vice)
**HERRERA LAW GROUP**
Cash@herreralawnwa.com
1821 S. 8th Street Rogers, AR 72756
Telephone: 479.770.5292
Facsimile: 479.770.6042

*Counsel for Plaintiffs in Jane Doe 1, et al. v. X.AI Corp et al., Case No. 5:2026-cv-08567-PCP (N.D. Cal.) and the Proposed Classes*

Joel Goldberg
**GOLDBERG, GOLDBERG, & MALONEY**

jgoldberg@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Charles P. Maloney IV
**GOLDBERG, GOLDBERG,**
**& MALONEY**
cmaloney@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Basil Joy
**GOLDBERG, GOLDBERG,**
**& MALONEY**
bjoy@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Zachary Yurick
**GOLDBERG, GOLDBERG,**
**& MALONEY**
zyurick@goldbergmaloney.com
213 W Miner St
West Chester, PA 19382
Telephone: 610-436-6220

Ross Campbell
**COAST LAW GROUP LLP**
Ross@CoastLawGroup.com
140 S Coast Hwy 101,
Encinitas, CA 92024
Telephone: 760-670-4554

*Counsel for Plaintiffs in Doe 1, et al. v. X.AI Corp. et al., No. 5:26-cv-09617-PCP (N.D. Cal.)*