Isaac D. Chaput (Bar No. 326923)
Cecilia M. Bobbitt (Bar No. 345472)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com
cbobbitt@cov.com

Emily Johnson Henn (Bar No. 269482)
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
ehenn@cov.com

*Attorneys for Defendants Stability AI, Inc. and Stability AI U.S. Services Corporation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JANE DOE 1, et al.,

Plaintiffs,

v.

X.AI Corp., et al.,

Defendants.

Civil Case No.: 5:26-cv-2246-PCP

**STABILITY'S NOTICE OF WITHDRAWAL OF MOTION TO SEVER**

Hon. P. Casey Pitts

Under Civil Local Rule 7-7(e), Stability AI, Inc. and Stability AI U.S. Services Corporation ("Stability") respectfully withdraw Stability's Motion to Sever, ECF No. 77. The motion is moot in light of the Stipulation with Proposed Order to Sever Stability and Coordinate and Consolidate as to X.AI, ECF No. 104, and the Order to Sever Stability and Consolidate and Coordinate Actions as to X.AI, ECF No. 106.

Respectfully submitted,

Date: October 26, 2026

COVINGTON & BURLING LLP

By: */s/ Isaac D. Chaput*

Isaac D. Chaput
Cecilia M. Bobbitt
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000
ichaput@cov.com
cbobbitt@cov.com

Emily Johnson Henn
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306-2112
(650) 632-4700
ehenn@cov.com

*Counsel for Defendants Stability AI, Inc. and Stability AI U.S. Services Corporation*